HUDSON NAVIGATION COMPANY, Respondent, *v.* OWEN A. MULLEN, Appellant.

*Hudson Navigation Co.* v. *Murray,* 180 App. Div. 271, appeal dismissed.

(Argued March 17, 1920; decided April 13, 1920.)

APPEAL from a judgment, entered December 17, 1917, upon an order of the Appellate Division of the Supreme Court in the third judicial department, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury and directing judgment in favor of plaintiff for an accounting.

*James Farrell* for appellant.

*Stuart G. Gibboney* and *Walter C. Sheppard* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, POUND, McLAUGHLIN, ANDREWS and ELKUS, JJ.